**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| IN RE:<br><br>KATIE CHEYENNE WASHINGTON<br><br><br><br>Debtor(s) | Case No. 23-80100-BPC<br>Chapter 13 |

**TRUSTEE'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS AT DE #38**

COMES NOW, the Trustee, and hereby gives notice of withdrawal of Motion to Dismiss at DE #38 previously filed in this case.

Respectfully submitted Tuesday, November 10, 2026.

Sabrina L. McKinney
Chapter 13 Standing Trustee

By: /s/ *Sabrina L. McKinney*

Sabrina L. McKinney
Chapter 13 Standing Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13Trustee@ch13mdal.org

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Notice of Withdrawal of Motion to Dismiss at DE # 38 on the parties listed below by placing the same in the United States Mail, postage prepaid and properly addressed, or by electronic mail with the court, Tuesday, November 10, 2026.

**by CM/ECF:**
Danielle K. Greco, Bankruptcy Administrator
ba@almba.uscourts.gov

MARY CONNER POOL
mpool@bondnbotes.com

**by First Class Mail, postage prepaid:**
KATIE CHEYENNE WASHINGTON
3259 CO RD 27
WOODLAND, AL 36280

/s/ *Sabrina L. McKinney*

Sabrina L. McKinney
Chapter 13 Standing Trustee